UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| WEDDING BANDS & CO., an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 12-cv-08695 |
| PERCEPTION JEWELERS LLC, an Illinois Limited Liability Company, | ) ) ) ) |
| Defendant. | ) |

### STIPULATION TO DISMISS

The parties having attended a Pre-Trial Conference before Magistrate Judge Sidney I Schenkier on October 23, 2013 and having come to a settlement agreement, it is agreed between the parties that the court enter a dismissal order by agreement pursuant to settlement.

Date: 12/3/13

_____
Travis G. Maisel, attorney for plaintiff

_____, 11/26/13
Kevin Thompson, attorney for defendant